No. —. Ex parte Marshall Clark; and

No. —. Ex parte William Stafford. October 23, 1944. Applications denied.

No. —. Bugg v. United States. October 23, 1944. The motion for leave to file petition for writ of certiorari is denied.

No. —. Ex parte Percy Arthur Whistler; and

No. —. Marvich v. California. November 6, 1944. The motions for leave to file petitions for writs of habeas corpus are denied.

No. —. Curley v. Florida. November 6, 1944. The motion for leave to docket the cause and file the record is denied for the reason that it appears from the papers presented that if the cause were docketed the appeal would have to be dismissed for want of a properly presented federal question.

No. 940, October Term, 1943. Ylagan v. United States. November 6, 1944. Application denied.